UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. MARSHALS SERVICE.,<br><br>Defendant. | Civil Action No. 25-0749 (TJK) |

## JOINT STATUS REPORT

Plaintiff Democracy Forward Foundation and Defendant U.S. Marshals Service ("USMS"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's May 8, 2025, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on March 14, 2025. See, ECF No. 1. In broad terms, Plaintiffs' FOIA requests seek records related to USMS contact with the Judiciary concerning January 6th cases, USMS enforcement of court orders, and USMS communications with the Department of Government Efficiency ("DOGE").

2. Since the last Joint Status Report (ECF No. 10), USMS has begun conducting an initial responsiveness review of the 4,318 potentially responsive records. USMS anticipates proposing a production schedule to Plaintiff by the end of the current week.

3. The partes respectfully propose filing another joint status report in thirty days, on July 9, 2025.

Dated: June 9, 2025

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No. 1531723)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org