UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. MARSHALS SERVICE.,

Defendant.

Civil Action No. 25-0749 (TJK)

## JOINT STATUS REPORT

Plaintiff Democracy Forward Foundation and Defendant U.S. Marshals Service ("USMS"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's May 8, 2025, Minute Order.

1.      This is a Freedom of Information Act ("FOIA") case.  Plaintiff filed a complaint on March 14, 2025.  See, ECF No. 1.  In broad terms, Plaintiffs' FOIA requests seek records related to USMS contact with the Judiciary concerning January 6th cases, USMS enforcement of court orders, and USMS communications with the Department of Government Efficiency ("DOGE").

2.      Since the last Joint Status Report (ECF No. 10), the parties have agreed to narrowing measures, and USMS has completed additional responsiveness review. Following initial responsiveness review USMS has identified 674 pages of records that are potentially responsive to items 1 to 5 of Plaintiff's administratively combined request.

3.      USMS will endeavor to process at least 200 pages per month, with productions to Plaintiff beginning by July 31, 2025.

4.      The partes respectfully propose filing another joint status report in ninety days, on October 6, 2025.

Dated: July 9, 2025                                    Respectfully submitted,

JEANINE FERRIS PIRRO                        /s/ *Daniel A. McGrath*
United States Attorney
                                                               Daniel A. McGrath (D.C. Bar No.
                                                               1531723)
                                                               Democracy Forward Foundation
By: _____*/s/ John J. Bardo*_____       P.O. Box 34553
        JOHN J. BARDO, D.C. Bar #1655534  Washington, D.C. 20043
        Assistant United States Attorney     (202) 448-9090
        601 D Street, NW                           dmcgrath@democracyforward.org
        Washington, DC 20530
        (202) 870-6770

*Attorneys for the United States of America*

2