UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. MARSHALS SERVICE.,<br><br>　　　　　Defendant. | Civil Action No. 25-0749 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 10, 2025, Minute Order, Plaintiff Democracy Forward Foundation and Defendant U.S. Marshals Service ("USMS"), through counsel, respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed a complaint on March 14, 2025. See, ECF No. 1. In broad terms, Plaintiffs' FOIA requests seek records related to USMS contact with the Judiciary concerning January 6 cases, USMS enforcement of court orders, and USMS communications with the Department of Government Efficiency ("DOGE").

2. Since the last joint status report (ECF No. 12), Defendant made a second release of records to Plaintiff on September 12, 2025.

3. Defendant has twenty-one pages of records that are under consult with other government agencies.

4. Defendant has processed an additional 253 pages of records which are under internal review.

5. The parties respectfully propose filing another joint status report in sixty days, on February 2, 2026.

Dated: December 4, 2025

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath (D.C. Bar No. 1531723)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org