## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,
P.O. Box 34553
Washington, D.C. 20043,

*Plaintiff*,

vs.

U.S. MARSHALS SERVICE,
1215 S. Clark St. Arlington, VA 22202

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS
950 Pennsylvania Ave NW, Room 2242
Washington, DC 20530

*Defendant*.

Case No. 25-cv-749-TJK

## FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation brings this action against Defendants U.S.

Department of Justice ("DOJ"), and its components U.S. Marshals Service ("USMS") and

Executive Office for United States Attorneys ("EOUSA") to compel compliance with the

Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows.

## Jurisdiction and Venue

1.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper under 28 U.S.C. § 1391(e), as Plaintiff is located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

**Parties**

3.      Plaintiff Democracy Forward Foundation ("Democracy Forward" or "DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4.      Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, DC.  DOJ, through its components, has possession, custody, and control of records to which Plaintiff seeks access.

5.      Defendant USMS is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Arlington, Virginia.  USMS is a component of DOJ and has possession, custody, and control of records to which Plaintiff seeks access.

6.      Defendant EOUSA is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, DC.  EOUSA is a component of DOJ and has possession, custody, and control of records to which Plaintiff seeks access.

**Facts**

7.      Democracy Forward filed several FOIA requests to USMS in light of reports of irregular and concerning conduct by the agency. This includes reports that:

   a.   USMS officials had communicated inappropriately with federal judges regarding their actions on pending cases related to January 6, potentially following direction from the U.S. DOGE Service ("DOGE"). *See* Ruth Marcus, *Pardon me: What*

*were the folks at DOGE thinking?* Washington Post (Jan. 23, 2025, 5:00 PM),

https://www.washingtonpost.com/opinions/2025/01/23/doge-jan-6-marshals-federal-judges/.

b. Individuals associated with the DOGE have repeatedly invoked threats to engage USMS when seeking questionable access to agency buildings and information. *See* Jason Leopold & Anthony Cormier, *Behind DOGE's Standoff at USAID: Desk Searches and Elon Musk Calling,* Bloomberg (Feb. 3, 2025), https://www.bloomberg.com/news/articles/2025-02-03/behind-doge-s-standoff-at-usaid-desk-searches-and-elon-musk-calling?embedded-checkout=true.

c. DOGE leader Elon Musk's private security guards have been deputized by USMS. *See* Hannah Rabinowitz & Whitney Wild, Elon Musk's private security detail gets deputized by US Marshals Service, CNN (Feb. 20, 2025), https://www.cnn.com/2025/02/20/politics/elon-musk-private-security-deputized-marshals-service/index.html.

8. Democracy Forward also filed the requests because of USMS's important role in enforcing court orders, following Vice President Vance's comments that appeared to call into question whether all court orders would be followed. Charlie Savage and Minho Kim, *Vance Says 'Judges Aren't Allowed to Control' Trump's 'Legitimate Power'*, The New York Times (February 9, 2025), https://www.nytimes.com/2025/02/09/us/politics/vance-trump-federal-courts-executive-order.html.

9. Since this litigation was initiated in March 2025, USMS has responded to DFF's requests, but referred 40 pages of responsive records to another DOJ component, EOUSA, in

December 2025. More than seven months later, EOUSA has not produced non-exempt portions

of those responsive records despite consistent follow-up from DFF.

*Judicial Contact Request*

10.     On January 27, 2025, Democracy Forward sent a FOIA request to USMS seeking

the following:

(1) All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) between (a) the U.S. Marshals Service officials listed below and (b) any representatives of the Executive Office of the President (including, but not limited to, emails ending in eop.gov), the Department of Government Efficiency ("DOGE"), or the U.S. "DOGE" (previously "Digital") Service.
   a.   U.S. Marshals Service officials:
      i.   Anyone serving in the role of Acting Director
      ii.   Deputy Director Mark Pittella
      iii.   Acting Chief of Staff Quintella Downs-Bradshaw
      iv.   Richard Kelly, Associate Director for Judicial Support Operations
      v.   Anyone serving in the role of Acting General Counsel
      vi.   Acting General Counsel Leah Brownlee Taylor

(2) All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) of the U.S. Marshals Service officials listed below <u>regarding</u> the direction, request, or order for any USMS official to visit the chambers of the federal judges overseeing January 6th cases or otherwise communicate with those judges concerning cases related to January 6th.
   a.   U.S. Marshals Service officials:
      i.   Anyone serving in the role of Acting Director
      ii.   Deputy Director Mark Pittella
      iii.   Acting Chief of Staff Quintella Downs-Bradshaw
      iv.   Richard Kelly, Associate Director for Judicial Support Operations
      v.   Any political appointee serving within the U.S.M.S. (including any Schedule C or non-Career SES)

4

vi.   Acting General Counsel Leah Brownlee Taylor or
anyone else serving in that role

vii.   Acting D.C. Marshal Ron Carter

(3) All final directives or guidance regarding the direction, request,
or order for acting D.C. Marshal Ron Carter to visit or otherwise
communicate with the chambers of the federal judges overseeing
January 6 cases.

11.    The request sought records from January 20, 2025, through the date of the search.

12.    On January 30, 2025, USMS acknowledged Democracy Forward's request, assigning it tracking number 2025-USMS-000843.

13.    On January 31, 2025, USMS granted Democracy Forward's fee waiver request.

14.    On February 7, 2025, Democracy Forward submitted a nearly identical FOIA request to request 2025-USMS-000843, except that it removed item 3 and custodian Ron Carter. This request sought only to ensure an extended time period for the search for responsive records in case USMS took a restrictive view of the appropriate search cutoff period. The request stated that it sought records "from the search cut-off date USMS employs for [2025-USMS-000843] until the date of the new search."

15.    On February 12, 2025, USMS acknowledged this search date extension request, and assigned it tracking number 2025-USMS-000882 and granted Democracy Forward's fee waiver request.

*DOGE Phone Logs and USAID Request*

16.    On February 7, 2025, Democracy Forward sent a FOIA request to USMS seeking the following:

(1) All logs or other records tracking incoming or outgoing
telephone calls (including telephone billing records) of the
agency custodians listed below reflecting any calls with any
representatives of the Executive Office of the President
(including, but not limited to, emails ending in eop.gov), the

5

Department of Government Efficiency ("DOGE"), or the U.S. "DOGE" (previously "Digital") Service. This includes calls to and from custodians' office telephones, as well as any mobile device(s) that they use for official business.

    a.    Anyone serving in the role of Acting Director

    b.    Deputy Director Mark Pittella

    c.    Acting Chief of Staff Quintella Downs-Bradshaw

    d.    Richard Kelly, Associate Director for Judicial Support Operations

    e.    Any political appointee serving within the U.S.M.S. (including any Schedule C or non-Career SES)

    f.    Acting General Counsel Leah Brownlee Taylor or anyone else serving in that role

(2) All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, phone logs, text messages, or messages on messaging platforms) of the U.S. Marshals Service officials listed in part 1 regarding any potential or actual direction, request, or order for any USMS official to visit USAID or any other agency to secure access for DOGE employees.

17.    The request sought records from January 20, 2025, through the date of the search.

18.    On February 12, 2025, USMS acknowledged Democracy Forward's request, assigning it tracking number 2025-USMS-000883, and granted Democracy Forward's fee waiver request.

*Court Order Enforcement Request*

19.    On February 12, 2025, Democracy Forward sent a FOIA request to USMS seeking the following on an expedited basis:

(1) All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) sent or received by the U.S. Marshals Service officials listed below regarding any potential or actual direction, request, or order regarding enforcement (or nonenforcement) of court orders in cases where a court's order would affect the conduct of the federal government or any employee or officer of the federal government.

    a.  U.S. Marshals Service officials:

6

      i.   Anyone serving in the role of Director or Acting Director, including but not limited to Gadyaces Serralta

    ii.   Anyone serving in the role of Deputy Director, including but not limited to Mark Pittella

   iii.   Anyone serving in the role of Chief of Staff, including but not limited to Chief of Staff Quintella Downs-Bradshaw

   iv.   Anyone serving in the role of Associate Director for Judicial Support Operations, including but not limited to Richard Kelly

    v.   Any political appointee serving within the U.S.M.S. (including any Schedule C or non-Career SES)

   vi.   Anyone serving in the role of General Counsel, including but not limited to Leah Brownlee Taylor

  vii.   Acting U.S. Marshal for the District of Columbia Ron Carter

(2) All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms) sent or received by the U.S. Marshals Service officials listed in part 1 containing any of the following key terms:

   a.  "Court Orders"
   b.  "Court Order"
   c.  Directives
   d.  Enforcement
   e.  Contempt
   f.  Sanctions
   g.  "Court Security Assignments"
   h.  "Protective Service Details"
   i.  "Personal Protection"
   j.  "Federal Judicial Process"
   k.  "Judicial Pushback"
   l.  "White House"
   m.  DOGE
   n.  Elon
   o.  Musk

20.    On February 13, 2025, USMS acknowledged Democracy Forward's request, assigning it tracking number 2025-USMS-000897.

*Administrative Aggregation*

21.     On February 14, 2025, USMS requested that Democracy Forward agree to aggregate its four requests above to be processed as a single request under request number 2025-USMS-000897 and requested narrowing of certain custodians and key terms contained within the requests.

22.     The next business day, February 18, 2025, Democracy Forward responded agreeing to an administrative aggregation of the four requests conditional on the search range being extended through the date of the search for the consolidated request.

23.     Democracy Forward also agreed to limit the custodians in the aspect of its Court Order Enforcement Request and to remove several specified key terms from that request.

24.     Democracy Forward received no further communication from USMS regarding its FOIA requests before litigation was initiated.

*Records Referred to EOUSA for Direct Response to DFF.*

25.     After initiation of this litigation, USMS made rolling productions of responsive records until purporting to complete production in April 2026.

26.     In making one production on December 15, 2025, USMS indicated that it referred 40 pages to EOUSA "for direct response to you."

27.     On January 28, 2026, DFF inquired with EOUSA about the processing of these records.  EOUSA responded that it had no record of a referral from USMS.

28.     On January 29, 2026, DFF followed up with EOUSA, attaching correspondence from USMS indicating a referral had been made. EOUSA did not respond.

29.     On February 2, 2026, DFF alerted counsel for USMS in this matter that EOUSA had stated that it did not receive a referral. USMS counsel responded that the referral had been

made to EOUSA, that USMS had reminded EOUSA of the referral, and that it had fallen through the cracks on EOUSA's end.

30. On April 8, 2026, DFF again followed up with EOUSA by email asking for an update regarding the processing of the referral from USMS.

31. On April 9, 2026, EOUSA responded that it could not locate a referral for DFF from USMS and asked DFF to send the referral. DFF responded that it could not send the referral as it is the FOIA requester and asked that EOUSA confer with USMS to identify the referral. EOUSA did not respond further.

32. Subsequently, also on April 9, 2026, DFF emailed USMS counsel in this matter asking that USMS both re-send its referral to EOUSA and send DFF the cover referral email or letter to aid DFF's ability to have the referred records processed by EOUSA.

33. Counsel for USMS in this matter did not respond. DFF emailed counsel for USMS to follow-up on this request on April 30, 2026.

34. DFF also emailed EOUSA to follow up on its questions about the referral on April 30, 2026.

35. On May 6, 2026, EOUSA responded that it had the referred records and may need "concurrence" from other components before releasing them.

36. On June 16, 2026, DFF followed up and requested that EOUSA process the 40-page referral from December 2025 by July 15, 2026.

37. On June 21, 2026, EOUSA responded that it was "still waiting" on a concurrence from the DOJ's Office of Information Policy ("OIP") and was "unable to release until we receive a response from them."

9

38.     On June 30 and July 23, 2026, DFF followed up again seeking a production or commitment to produce the referred records.

39.     EOUSA has not released non-exempt portions of the referred records or issued any determination as to those records.

*Exhaustion of Administrative Remedies*

40.     As of the date of the Complaint, Defendants have failed to notify Democracy Forward of determinations regarding Democracy Forward's FOIA requests. Through Defendants' failure to respond within the time period required by law, Democracy Forward has constructively exhausted administrative remedies.

**CLAIM FOR RELIEF**

**Count 1 (Violation of FOIA, 5 U.S.C. § 552)**

41.     Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

42.     By failing to respond to Plaintiff's requests with determinations within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C.§ 552, including but not limited to, their duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1.      Order Defendants to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

2.     Order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3.     Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

4.     Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

5.     Grant any other relief this Court deems appropriate.

Dated: July 24, 2026                                        Respectfully submitted,

                                                                    /s/ *Daniel A. McGrath*

                                                                    Daniel A. McGrath (D.C. Bar No.
                                                                    1531723)
                                                                    Robin F. Thurston (Bar No. 7268942)
                                                                    Democracy Forward Foundation
                                                                    P.O. Box 34553
                                                                    Washington, D.C. 20043
                                                                    (202) 448-9090
                                                                    dmcgrath@democracyforward.org
                                                                    rthurston@democracyforward.org